# SCHALL & BARASCH L.L.C
### Attorneys at Law

Richard M. Schall*  
Patricia A. Barasch  

*Also licensed in Pennsylvania*  
*Of Counsel

Moorestown Office Center  
110 Marter Avenue  
Suite 105  
Moorestown, NJ 08057-3124  
856-914-9200  
856-914-9420 Fax  

April 2, 2020  
**Via CM/ECF**

Clerk - Camden  
United States District Court for the District of New Jersey  
Mitchell H. Cohen Building & U.S. Courthouse  
4th and Cooper Streets  
Camden, NJ 08101  

Re:   *Van Duyne v Stockton University; Case No. 1:19-cv-21091 (NLH/KMW)*

Dear Clerk - Camden:

I represent the plaintiff, Emily Van Duyne, in the above-captioned matter. On March 4th, 2020, defendant Stockton University filed a Motion to Dismiss Plaintiff's Complaint in this matter (ECF No. 8), returnable on April 6th, 2020. On March 5th, 2020, plaintiff exercised her right to automatically extend that Motion Day to April 20th, 2020, thus making plaintiff's opposition to defendant's motion due on April 6th, 2020.

In light of the current COVID-19 pandemic and in accordance with Standing Order 2020-04, filed on March 24th, 2020 and signed by the Hon. Freda L. Wolfson, U.S. Chief District Judge, we are writing to notify the Court that we will be filing our opposition to defendant's pending Motion to Dismiss Plaintiff's Complaint on or before May 21st, 2020. I have notified my adversary Jaclyn Frey, Esq. of my intentions in this regard and she has no objection.

Thank you for your attention in this matter.

Respectfully submitted,

SCHALL & BARASCH, L.L.C.

   */s/ Patricia A. Barasch*   

BY:  PATRICIA A. BARASCH

PAB/ cs  
cc:  Jaclyn M. Frey, DAG (via CM/ECF)  
      Emily Van Duyne (via email)