PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

May 24, 2022

**VIA CM/ECF**
The Honorable Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    Emily Van Duyne v. Dr. Harvey Kesselman, et al.
             Civil Action, Docket No. 1:19-cv-21091

Dear Judge King:

    This office represents the Defendants in the above referenced matter. At a telephone conference held on April 27, 2022, the parties advised Your Honor that we have reached a settlement agreement in principle. The parties were instructed to advise the Court in writing once a settlement has been reached, and if necessary, appear for a telephone status conference on May 26, 2022 at 4:00 PM.

    Our office has reduced the agreement to writing and have sent it to our client for approval. However, it has recently come to our attention that one of the Defendants is out of the country, and will not be able to review and approve the agreement until her return.

    For this reason, Defendants respectfully request a two-week adjournment of the May 26, 2022 telephone conference to allow for all Defendants to review the settlement agreement and execute the documents. I have spoken to Patricia Barasch, Esq., counsel for Plaintiff, and she has graciously consented to this request. If this request is granted, the telephone status conference will be scheduled for June 9, 2022, or at an alternative convenient time for the Court.



May 24, 2022<br>Page 2

I thank Your Honor for your courtesies in this regard.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:   <u>/s/ Hasibul Haque</u>
      Hasibul Haque
      Deputy Attorney General

C: Patricia Barasch, Esq. (via ECF)